**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1833**

ROSLYN ROBINSON,

        Plaintiff - Appellant,

    v.

PRINCE WILLIAM-MANASSAS REGIONAL ADULT DETENTION CENTER;
LT. JEFFREY KEPLER,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-01365-MSN-LRV)

Submitted:  November 19, 2024          Decided:  November 21, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roslyn Robinson, Appellant Pro Se.  Sharon E. Pandak, PANDAK & TAVES, PLLC, Woodbridge, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roslyn Robinson appeals the district court's order granting Defendants' motion to dismiss Robinson's amended civil complaint and denying her motion for reassignment. Limiting our review to the issues raised in Robinson's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), we find no reversible error. Accordingly, we affirm the district court's order. *Robinson v. Prince William-Manassas Reg'l Adult Det. Ctr.*, No. 1:23-cv-01365-MSN-LRV (E.D. Va. Aug. 2, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*